# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

**HILDA L. SOLIS**, Secretary of Labor, Petitioner v. **PULTEGROUP, INC.,** Respondent

*Secretary of Labor's Petition for Enforcement of Administrative Subpoena Duces Tecum*

## Exhibit A

WHI-356 (Rev. May 1974)

# United States of America
## DEPARTMENT OF LABOR
## WAGE AND HOUR DIVISION

### SUBPOENA DUCES TECUM

TO:     **Custodian of Records, PulteGroup, Inc. and its subsidiaries c/o Richard J. Dugas, Jr., President, PulteGroup, Inc.**

*You are hereby required to appear before*

### TIMOLIN E. MITCHELL, District Director

**WAGE AND HOUR DIVISION, UNITED STATES DEPARTMENT OF LABOR,** *at* 211 W. Fort Street, Suite 517 *in the City of* Detroit, Michigan 48226 *on the* 23rd *day of* January , 2012 *at* 11:00 *o'clock* a.m./p.m.

*of that day, to testify regarding the wages, hours, and other conditions and practices of employment maintained by:*

### PulteGroup, Inc. and its subsidiaries

*And you are hereby required to bring with you and produce at said time and place the following books, papers, and documents:*

as specifically defined and described in Items 1 through 5 of the attached document marked as Attachment A, and hereof made a part of this subpoena.

**FAIL NOT AT YOUR PERIL**



IN TESTIMONY WHEREOF *I have hereunto affixed my signature and the seal of the* UNITED STATES DEPARTMENT OF LABOR *at* CHICAGO, IL, *this* 6 *day of* January 20 12.

ACTING REGIONAL ADMINISTRATOR, WAGE AND HOUR DIVISION,
UNITED STATES DEPARTMENT OF LABOR

NOTICE TO WITNESS — If claim is made for witness fee or mileage, this subpoena should accompany voucher.

## RETURN OF SERVICE

I hereby certify that a duplicate original of the within subpoena was

In person. ✓
by leaving at principal office
or place of business, to wit:

duly served
(Indicate by check method used.)

Ms Andrea Parsons
Resident Agent
CSC - Lawyers Incorporating Service ((ompany)
601 Abbot Rd.
East Lansing, MI 48823

on the person named herein

January 9, 2012    4:46 pm
(Month, day, year)

Lawrence M Hintz
(Name of person making service)

Investigator
(Official Title)

I certify that the person name herein was
in attendance as a witness at

on

(Month, day or days, and year)

(Name of person certifying)

(Official title)

## ATTACHMENT A

**Subpoena to:**     **Custodian of Records, PulteGroup, Inc. and its subsidiaries c/o Richard J. Dugas, Jr., President, PulteGroup, Inc.**

### Definitions and Instructions:

1. The term "document" or "documents" shall mean all writings, recordings or electronic data within the meaning of Rule 1001(1) of the Federal Rules of Evidence (i.e., "letters, words, or numbers, or their equivalent, set down by handwriting, typewriting, printing, photostating, photography, magnetic impulse, mechanical or electronic recording, computer data and computer files or other form of data compilation") however produced or reproduced, of every kind or description within the possession, custody, or control, or within the custody or control of **PulteGroup, Inc., its subsidiaries, divisions**, and/or **brand** ("**Pulte**") including its officers, agents, employee representatives, or other persons acting or purporting to act for or on behalf of **Pulte** including, but not limited to notes; memoranda; records; reports; correspondence; and faxes; agreements; contracts; accounting or financial records or worksheets; account books; journals; ledgers; bills; receipts; vouchers; transcripts or notes of conversations or meetings; minutes of meetings; statements; directives in any form; summaries and/or conferences; tabulations; and all draft copies of such documents containing additional marks notations not found on the originals.

2. The words "and" and "or", or "relate to" mean constituting any information, including names, dates or amounts, which in any way describes the terms or conditions or identifies the terms or conditions, or identifies facts with respect to the subject of inquiry.

3. The terms "and" and "or", shall be construed conjunctively or disjunctively as necessary to make the documents required by this subpoena inclusive rather than exclusive.

4. The use of the word "including" shall be construed to mean "without limitation."

5. Unless otherwise specified, the time period covered by this request is from November 2009 to the present.

6. If any document required to be produced pursuant to this subpoena is withheld because of a claim of privilege, with respect each such document the reason for withholding such information should include, but not be limited to the following information:

   a) the specific privilege being asserted;
   b) the nature of the document;
   c) the author of the document, and the date of preparation;
   d) the recipient of the document and all individuals who received copies of it, and
   e) the subject matter of the document.

7. If any document required to be produced pursuant to this subpoena has been destroyed, identify with respect to each such document:

a) the date destroyed;
b) the method of destruction;
c) the reason for destruction;
d) the person or person(s) who authorized the destruction;
e) the subject matter of the document destroyed; and
f) if prior to the document's destruction it was sent or provided to any other individual, corporation, partnership, and/or other entity provide the name and address of such person or entity

8. The term *"persons"* shall mean any and all individuals, corporations, partnerships, agents, officers and/or entities employed, hired, utilized or retained by **Pulte** whether or not considered by **Pulte** to be an employee. The term *"single family homes"* shall mean a detached or attached building or structure that usually is occupied by just one household or family and shall also include townhouses, duplexes, threeplexes, fourplexes, linked houses or row houses and condominiums up to four stories.

## Documents Requested To Be Produced:

1. All payroll records, time sheets, time cards, personnel records and related documents which reflect the names, addresses, social security numbers, deductions from wages, rate paid, daily and weekly hours worked for all persons currently or formerly employed by **Pulte,** its subsidiary, division, and/or brand at its home office and at all sub-offices, including any regional, division, state and area offices who were or are, in any way, involved in the construction of *single family homes* or the manufacture of component parts assembled at the site and used in the construction of such *single family homes* for each of the communities/projects/subdivisions in the following states: Michigan, Texas, California, Florida, North Carolina, Virginia, Washington and Georgia. This includes supervisory or other employees that **Pulte,** its subsidiary, division, and/or brand have been classified as exempt, as well as those that have been classified as non-exempt. As provided herein, the documents requested cover the period November, 2009 to the present. However, with respect to this specific request, **Pulte,** its subsidiary, division, and/or brand is requested to produce the documents described in this request for five payroll periods, one in each of the months of November 2009, June 2010, September 2009, June 2011 and September 2011. By requesting documents from the five months identified above, the Administrator is not waiving any right to request production of such documents for other months within the two year period referenced herein;

2. All payroll records, time sheets, time cards, personnel records and related documents which reflect the names, addresses, social security numbers, deductions from wages, rates paid, and daily and weekly hours worked for all persons currently or formerly employed or utilized by **Pulte,** its subsidiary, division, and/or brand at the Allston community in Redmond Ridge East, Redmond, Washington for the past two years;

3. Documents providing the names, addresses and phone numbers of all contractors and suppliers of materials that will perform work within the next 12 month period, or have

2

performed work at the Allston community in Redmond Ridge East, Redmond, Washington within the last year, and the dates on which the work was performed or is anticipated to be performed;

4.  Contracts with all contractors and suppliers of materials that will perform work within the next 12 month period, or have performed work at the Allston community in Redmond Ridge East, Redmond, Washington within the last year; and

5.  All Form 1099s issued for those who have performed work for **Pulte** its subsidiary, division, and/or brand at the Allston community in Redmond Ridge East, Redmond, Washington within the last year.

3