UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HILDA SOLIS, SECRETARY OF LABOR,

        Petitioner,

Case No. 12-50286

SENIOR UNITED STATES DISTRICT JUDGE
v.                                    ARTHUR J. TARNOW

PULTEGROUP, INC.,              MAGISTRATE JUDGE MONA K. MAJZOUB

        Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [16]

On May 2, 2013, Magistrate Judge Majzoub issued a Report and Recommendation [16] that Petitioner's Petition for Enforcement of Administrative Subpoena Duces Tecum [1] be GRANTED.  No objection has been filed to the Report and Recommendation.

The Court having reviewed the record, the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.  Accordingly, Petitioner's Petition for Enforcement of Administrative Subpoena Duces Tecum [1] is **GRANTED**.

    **SO ORDERED**.

                                      s/Arthur J. Tarnow
                                      ARTHUR J. TARNOW
                                      SENIOR U.S. DISTRICT JUDGE

Dated: August 19, 2013